**DATABURST, LLC, Plaintiff–Appellant,**

v.

**CHECKFREE CORPORATION, Defendant–Appellee.**

No. 03–1549.

United States Court of Appeals, Federal Circuit.

DECIDED: April 15, 2004.

Rehearing and Rehearing En Banc Denied May 20, 2004.

Mark T. Banner, Banner & Witcoff, Principal Attorney, Christopher J. Renk, Binal J. Patel, Banner & Witcoff, of Counsels, Chicago, IL, for Defendant–Appellee.

Mark E. Wiemelt, Law Office, Principal Attorney, Benjamin P. Kota, Law Office, Carmen D. Caruso, Schwartz, Cooper, Erik John Stanek, of Counsels, Chicago, IL, for Plaintiff–Appellant.

Before NEWMAN, RADER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36